### FEDERAL RESERVE BANK OF RICHMOND ET AL., v. L. C. MOSELEY ET AL.

(Filed 9 March, 1932.)

APPEAL·by defendants from *Devin, J.,* at November Term, 1931, of LENOIR.

Civil action (1) to recover on two promissory notes, and (2) to set aside a deed alleged to have been executed by the defendants in fraud of the plaintiff's rights.

Demurrer interposed on the ground of misjoinder of parties and causes. Overruled; exception; appeal.

*Wallace & White and Whitaker & Allen for plaintiffs.*
*Rouse & Rouse for defendants.*

PER CURIAM. Affirmed on authority of *Carswell v. Talley,* 192 N. C., 37, 135 S. E., 181, *Robinson v. Williams,* 189 N. C., 256, 126 S. E., 621, *Chemical Co. v. Floyd,* 158 N. C., 455, 74 S. E., 465, *LeDuc v. Brandt,* 110 N. C., 289, 14 S. E., 778.

Affirmed. ·